**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HENRY MOLDED PRODUCTS, INC., Plaintiff, v. THE CINCINNATI INSURANCE COMPANY, Defendant. | : | Civil No. 1:24-CV-00705<br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 21st day of September 2026, **IT IS ORDERED THAT** Defendant's motion for partial summary judgment, Doc. 35, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1) Defendant's motion for summary judgment on specific portions of Plaintiff's breach of contract claim, Doc. 13, ¶¶ 101–124, is **DENIED**.

2) Defendant's motion for summary judgment on Plaintiff's statutory bad faith claim under 42 Pa. Cons. Stat. § 8371, Doc. 13, ¶¶ 125–45, is **GRANTED**. Judgment shall be entered in favor of Defendant on that claim at the conclusion of this case.

3) A telephone status conference is **SCHEDULED** in this case for **October 28, 2026, at 11:15 a.m.** The parties shall call in to the

conference calling number 570-218-8447, using the phone conference ID 660 227 256#.

4) The case management deadlines will remain **STAYED** until the status conference.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania